Phillip N. Smith, Esq.
Nevada Bar No. 10233
psmithjr@wwhgd.com
Brittany M. Llewellyn Esq.
Nevada Bar No. 13527
blewellyn@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*
*Warm Springs Road CVS, LLC and Travis Bill*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIA EMERY, an individual, | Case No.: 2:23-cv-00360-JCM-DJA |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| WARM SPRINGS ROAD CVS, LLC., a Domestic Limited-Liability Company; TRAVIS BILL, an individual; DOES I through X; and ROE CORPORATIONS I through X, | |
| Defendants. | |

Defendants Warm Springs Road CVS, LLC ("CVS") and Travis Bill ("Defendants"), by and through their attorneys of the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, and Plaintiff Mia Emery ("Plaintiff"), by and through her counsel of record, the law firm of BURRIS & THOMAS, LLC, referred to individually as a "Party" or collectively as the "Parties," hereby stipulate and agree to extend the discovery deadlines by sixty (60) days. Pursuant to LR 26-3, the Parties state as follows:

1. <u>Statement specifying discovery completed</u>

Since approval of the Discovery Plan, the parties have served document disclosures, and have served and responded to written Interrogatories, Requests for Production of Documents, and Request for Admissions. The parties have scheduled and noticed the following depositions:

- Deposition of Defendant Travis Bill, November 22, 2023
- Deposition of Jody Lewis, December 8, 2023
- Deposition of Plaintiff, Mia Emery, December 11, 2023
- Deposition of Kevine Golonka, December 14, 2023

2. <u>Specific discovery that remains to be completed</u>

The parties seek to take depositions of additional percipient witnesses, party witnesses, and medical providers. Discovery will be needed on the following subjects: all facts relating to the Plaintiff's allegations set forth in the Amended Complaint, and all defenses set forth in Defendants' Answer. The parties also need to disclose expert witnesses, and thereafter will seek to depose expert witnesses as needed.

3. <u>The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan</u>

The parties submit that good cause exists to extend discovery deadlines. At the time of the last extension, the parties had expended time to review documents and interview witnesses in order to ascertain the pharmacist and other individuals involved in dispensing Plaintiff's prescription at issue in her Amended Complaint. It was necessary to determine the correct employees as Plaintiff would need to determine whether a different party would be named in place of or in addition to Travis Bill. Thereafter, the parties served and responded to written discovery, which was necessary to complete before party and fact witness depositions could commence. The current extension has been made necessary due to difficulties on Defendants' end with scheduling depositions of current and former employees of CVS. The parties need additional time to complete this necessary fact

discovery before proceeding to expert discovery, and the holidays have added additional restrictions on scheduling. The parties have agreed that this will be the last extension necessary to complete discovery.

    4.    <u>A proposed schedule for completing all remaining discovery</u>

**Discovery Cut-Off Date(s).** Discovery will take (an additional) sixty days (60) days, measured from **February 2, 2024**. Therefore, discovery must be completed by **April 5, 2024**.

**Disclosure of Experts Fed. R. Civ. P. 26(a)(2)**. Disclosure of experts shall proceed according to Fed. R. Civ. P. 26(a)(2) as follows:

    (a)    The disclosure of the parties' experts and expert reports shall occur on or before **February 5, 2024**, which is a date no later than sixty (60) days before the discovery cut-off date; and,

    (b)    The disclosure of the parties' rebuttal experts and their reports shall occur on or before **March 5, 2024**, which is thirty (30) days after the deadline for the initial disclosure of experts;

**Time Limitations on Amending the Pleadings and Adding Parties**. Unless otherwise ordered by the Court, the last day in which pleadings were to be amended, pursuant to Federal Rules of Civil Procedure, Rules 13, 14, and 15, was **November 3, 2023**. This is no later than ninety (90) days before the discovery cut-off date and does not exceed the outside limit presumptively set by Local Rule 26-1(b)(2) of ninety (90) days before the discovery cut-off date for filing such motions. As this date has passed, the parties are not seeking to extend this deadline.

**Time Limitations on Dispositive Motions.** All dispositive motions, including motions for summary judgment, must be filed by **May 6, 2024**. This date is thirty (30) days after the discovery cut-off date and within the outside limit of thirty (30) days following the discovery cut-off date that Local Rule 26-1(b)(4) presumptively sets for filing dispositive motions.

**Pretrial Order**. The pretrial order shall be filed by **July 5, 2024**, which is not more than thirty (30) days after the date set for filing dispositive motions in the case. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days

1  after decision of the dispositive motions or further order of the Court. The disclosures required by
2  Fed.R.Civ.P. 26(a)(3) shall be made in the joint pretrial order.
3      The parties respectfully submit that good cause exists to extend the discovery deadlines by
4  sixty (60) days as detailed hereinabove.

DATED this 13th day of November, 2023.   DATED this 13th day of November, 2023.

BURRIS & THOMAS, LLC           WEINBERG, WHEELER, HUDGINS,
                                GUNN & DIAL, LLC

By: /s/ Gary L. Myers            By: /s/ Brittany M. Llewellyn
Steven M. Burris, Esq.           Phillip N. Smith, Esq.
Nevada Bar No. 603               Nevada Bar No. 10233
Gary L. Myers, Esq.              Brittany M. Llewellyn, Esq.
Nevada Bar No. 3120              Nevada Bar No. 13527
2810 W. Charleston Boulevard, Suite F-5   6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89102              Las Vegas, Nevada 89118
Telephone: (702) 258-6238        Telephone: (702) 938-3838
Facsimile: (702) 258-8280        Facsimile: (702) 938-3864

*Attorneys for Plaintiff*         *Attorneys for Defendants Warm Springs
                                  Road CVS, LLC and Travis Bill*

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 11/14/2023