1  Phillip N. Smith, Esq.
   Nevada Bar No. 10233
2  psmithjr@wwhgd.com
   Brittany M. Llewellyn Esq.
3  Nevada Bar No. 13527
   blewellyn@wwhgd.com
4  WEINBERG, WHEELER, HUDGINS,
      GUNN & DIAL, LLC
5  6385 S. Rainbow Blvd., Suite 400
   Las Vegas, Nevada 89118
6  Telephone:  (702) 938-3838
   Facsimile:  (702) 938-3864
7
8  *Attorneys for Defendants*
   *Warm Springs Road CVS, LLC and Travis Bill*

9

10                **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF NEVADA**

12  MIA EMERY, an individual,                    Case No.:  2:23-cv-00360-JCM-DJA

13                 Plaintiff,

14  vs.
                                                 **JOINT STIPULATION AND ORDER TO**
15                                               **DISMISS ACTION WITH PREJUDICE**

16  WARM  SPRINGS  ROAD  CVS,  LLC.,  a
    Domestic Limited-Liability Company; TRAVIS
17  BILL, an individual; DOES I through X; and
    ROE CORPORATIONS I through X,
18
19                 Defendants.

20

21       Defendants Warm Springs Road CVS, LLC ("CVS") and Travis Bill ("Defendants"), by

22  and through their attorneys of the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL,

23  LLC, and Plaintiff Mia Emery ("Plaintiff"), by and through her counsel of record, the law firm of

24  BURRIS & THOMAS, LLC, referred to individually as a "Party" or collectively as the "Parties,"

25  hereby stipulate and agree that:

26       1.      The Parties have reached an agreement to settle this matter;

27  / / /

28  / / /

WEINBERG WHEELER
HUDGINS GUNN & DIAL

2.   This Court, pursuant to a stipulation of the parties, previously dismissed Defendant Travis Bill from this action—without prejudice—in an Order dated June 7, 2024 (*see* ECF No. 51);

3.   Said stipulation contemplated the dismissal to ripen into prejudice (and the ensuing dismissal of this action in its entirety—with prejudice) after Plaintiff's receipt of settlement funds;

4.   Plaintiff has received settlement funds;

5.   The parties therefore and hereby consent to the dismissal of this action with prejudice; and

6.   This Stipulation is made in good faith and is not intended to delay.


**IT IS SO STIPULATED.**


DATED this 18th day of June, 2024.          DATED this 18th day of June, 2024.


BURRIS & THOMAS, LLC                WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By: /s/ Gary L. Myers                    By: /s/ Phillip N. Smith, Jr.
   Steven M. Burris, Esq.                   Phillip N. Smith, Jr., Esq.
   Nevada Bar No. 603                       Nevada Bar No. 10233
   Gary L. Myers, Esq.                      Brittany M. Llewellyn, Esq.
   Nevada Bar No. 3120                      Nevada Bar No. 13527
   2810 W. Charleston Boulevard, Suite F-5   6385 South Rainbow Blvd., Suite 400
   Las Vegas, NV 89102                      Las Vegas, Nevada 89118
   Telephone: (702) 258-6238               Telephone: (702) 938-3838
   Facsimile: (702) 258-8280               Facsimile: (702) 938-3864

   *Attorneys for Plaintiff*                 *Attorneys for Defendants Warm Springs Road CVS, LLC and Travis Bill*


## ORDER

IT IS SO ORDERED June 24, 2024.


_____
UNITED STATES DISTRICT COURT  JUDGE

WEINBERG WHEELER HUDGINS GUNN & DIAL